The People of the State of Illinois ex rel. John Walsh, appellee, v. William E. Dever et al., appellants.  Gen. No. 30,629.

Mandamus to compel approval of petition for billiard room license. Judgment for petitioner.  Appeal from the Superior Court of Cook county; the Hon. Walter P. Steffen, Judge, presiding.  Heard in the third division of this court for the first district at the October term, 1925.  Affirmed.  Opinion filed May 5, 1926.

Francis X. Busch, Corporation Counsel, for appellants; Albert H. Veeder, Bernard A. Conlon and Joseph J. Thompson, Assistant Corporation Counsel, of counsel.  No appearance for appellee.

Mr. Presiding Justice Thomson delivered the opinion of the court.

---

Charles Lundmark, appellee, v. Charles Fischer, appellant.  Gen. No. 30,648.

Action to recover wages.  Judgment for plaintiff.  Appeal from the Municipal Court of Chicago; the Hon. Albert B. George, Judge, presiding.  Heard in the third division of this court for the first district at the October term, 1925.  Affirmed.  Opinion filed May 5, 1926.

Harry A. Goldsmith, for appellant.  No appearance for appellee.

Mr. Presiding Justice Thomson delivered the opinion of the court.

---

Stephan Mueller and Hugo Fuhlbrugge, plaintiffs in error, v. Albert Fuchs et al., defendants in error.  Gen. No. 30,299.

Bill for specific performance or lease covenants.  Dismissed for want of equity.  Error to the Superior Court of Cook county; the Hon. Oscar Hebel, Judge, presiding.  Heard in the third division of this court for the first district at the October term, 1925.  Affirmed. Opinion filed May 5, 1926.

A. H. Ranes, Leo B. Lowenthal and Corinne L. Rice, for plaintiffs in error.  Litsinger, Healy & Reid, for Albert Fuchs, defendant in error.

Mr. Justice O'Connor delivered the opinion of the court.

---

Carl D. Kinsey, appellant, v. W. C. Zimmerman et al., trading as Zimmerman, Saxe & Zimmerman, appellees.  Gen. No. 30,415.

Action for rent.  Judgment for defendants.  Appeal from the Municipal Court of Chicago; the Hon. George B. Holmes, Judge, presiding.  Heard in the third division of this court for the first district at the October term, 1925.  Reversed and remanded with directions. Opinion filed May 5, 1926.  Rehearing denied May 18, 1926.

Schein & Beckwith, for appellant; Fred W. Bentley and George L. Schein, of counsel.  West & Eckhart, for appellees.

Mr. Justice O'Connor delivered the opinion of the court.